UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:20-CR-00284-07 |
| | * | 18 U.S.C. § 1952 |
| VERSUS | * | DISTRICT JUDGE CAIN |
| | * | |
| KENDRICK JAMES | * | MAGISTRATE JUDGE WHITEHURST |

**BILL OF INFORMATION**

**THE UNITED STATES CHARGES:**

**COUNT 1**
**INTERSTATE TRAVEL IN AID OF RACKETEERING**
**[18 U.S.C. § 1952(a)(3)]**

On or about June 29, 2020, in the Western District of Louisiana and elsewhere, defendant, KENDRICK JAMES, traveled in interstate commerce from the State of Louisiana to the State of Texas, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving the distribution of controlled substances in violation of 21 U.S.C. § 841, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, §1952(a)(3).

BRANDON B. BROWN
UNITED STATES ATTORNEY

_____
JOHN W. NICKEL, La. Bar No. 37819
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618